IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

                Plaintiff,

vs.

NEAL STEHNO

                Defendant.

Case No. 8:13CR285

Order

Before the Court is the request for transcript of the sentencing hearing held on October 25, 2013.

IT IS ORDERED:

1. The request for transcript, filing [23] is granted.

2. Neal Stehno, is ordered to pay to the Clerk the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 10/25/2013. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: June 19, 2015

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge