IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA | ) | Case No.  8:13CR285 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Neal Stehno | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant are hereby notified that the court intends on destroying the below exhibit.

Court's Exhibit 1 from hearing held on 12/30/20

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the above-listed exhibit 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 1, 2022

BY THE COURT

s/ **Richard G. Kopf**
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15